```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

BRADLEY LINTHICUM            §
                             §
VS.                          §     ACTION NO. 4:17-CV-453-Y
                             §
STATE FARM LLOYDS and        §
GREGORY CISNEROZ             §

## FINAL JUDGMENT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on August 31, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED September 7, 2017.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE